UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, on behalf of herself and all others similarly situated,

                Plaintiffs,

    v.

PRECISION MEDICAL SUPPLIES, LLC,

                Defendant.

**ORDER**

20 Civ. 9962 (ER)

RAMOS, D.J.

    On November 25, 2020, Jenisa Angeles brought this action against Precision Medical Supplies, LLC ("Precision") for violation of the Americans with Disabilities Act and related claims. Doc. 1. Precision was served on February 4, 2021, but has neither appeared nor responded to the complaint. Angeles is therefore directed to submit a status report regarding the status of the case by **April 19, 2021**.

    It is SO ORDERED.

Dated: April 5, 2021
       New York, New York

                                                Edgardo Ramos, U.S.D.J.